IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2017 NOV 30  AM 10: 56

| | |
|---|---|
| TIME INSURANCE AGENCY, INC., § | |
| PLAINTIFF, § | |
| § | CAUSE NO. A-17-CV-969-LY |
| V. § | |
| § | |
| THE HANOVER INSURANCE § | |
| COMPANY, § | |
| DEFENDANT. § | |

## ORDER

Before the court is Defendant's Motion to Dismiss filed November 7, 2017 (Doc. #5). Plaintiff's First Amended Complaint was filed on November 28, 2017 (Doc. #8), along Plaintiff's Response to Motion to Dismiss (Doc. #9). In light of the filing of Plaintiff's First Amended Complaint,

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss filed November 7, 2017 (Doc. #5) is **DISMISSED WITHOUT PREJUDICE**.

SIGNED this ___30th___ day of November, 2017.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE