IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| TIME INSURANCE AGENCY, INC., | § |
| | § |
| Plaintiff, | § |
| | § |
| V. | § |
| | § CIV. ACTION NO. 1:17-CV-969-ML |
| THE HANOVER INSURANCE COMPANY, | § |
| | § |
| Defendant. | § |

## JOINT AGREED MOTION FOR DISMISSAL

COMES NOW Plaintiff and Defendant, and move this Court to dismiss this case with prejudice, because the disputes between Plaintiff and Defendant that are the subject of this action have been compromised and settled. The parties therefore request that this Court sign an order dismissing all claims in this suit with prejudice, with costs of suit taxed to the parties incurring same.

Respectfully Submitted,

**WALLER LANSDEN DORTCH & DAVIS, LLP**

*/s/ Kevin W. Brown*
Kevin W. Brown
State Bar No. 24045222
100 Congress Avenue, Suite 1800
Austin, Texas 78701
(512) 685-6400
 (512) 685-6417 Fax
kevin.brown@wallerlaw.com

**COUNSEL FOR PLAINTIFF**

**And**

LANGLEY, LLP

*/s/ Brandon Bains*
Brandon Bains
State Bar No. 24050126
1301 Solana Boulevard
Building 1, Suite 1545
Westlake, Texas 76262
(214) 722- 7160
(214) 722-7161 Fax
bbains@l-llp.com

**COUNSEL FOR DEFENDANT**