IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **TIME INSURANCE AGENCY, INC.,** § | | |
| Plaintiff, § | | |
| **V.** § | | A-17-CV-969-ML |
| § | | |
| **THE HANOVER INSURANCE** § | | |
| **COMPANY,** § | | |
| Defendant. § | | |

### FINAL JUDGMENT

The Magistrate Court issues this Final Judgment pursuant to 28 U.S.C. § 636(c). The parties consented to this court's jurisdiction, and the case was assigned to this court's docket for all purposes (Dkt. #51, #53). The court has entered the parties' Agreed Order for Dismissal, disposing of all claims in this case. Accordingly, the court enters the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that all claims and causes of action brought by all parties in this action are hereby **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs and fees.

**IT IS FURTHER ORDERED** that all pending motions are hereby **TERMINATED**.

**IT IS FURTHER ORDERED** that all relief not expressly granted is hereby **DENIED**.

**IT IS FINALLY ORDERED** that the case is hereby **CLOSED**.

**SIGNED** on September 1, 2021.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE